# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| **STATE OF DELAWARE,** | ) | |
| | ) | |
| v. | ) | ID No: 2309010713 |
| | ) | |
| **DEMPSEY WALTERS,** | ) | |
| | ) | |
| Defendant. | ) | |

Submitted: January 13, 2025
Decided: January 16, 2025

## ORDER

*Upon consideration of Defendant's Motion for a Sentence Reduction*
**DENIED**

1. Defendant, Dempsey Walters, filed the instant Motion for Sentence Reduction on January 13, 2025.[1]  Defendant asks this Court to modify his sentence based on the primary mitigating factor brought by Defendant which was the Post-Traumatic Stress Disorder he suffered from at the time of the incident this case concerns.[2]

2. On April 5, 2024, Defendant pled guilty to one (1) count of Deprivation of Civil Rights, two (2) counts of Official Misconduct, one (1) count of Assault Second Degree, and two (2) counts of Assault Third Degree.[3]

---

[1] Docket Item ("D.I.") 36.
[2] *Id.*
[3] D.I.  33.

3. On October 15, 2024, Defendant was sentenced to five (5) years at Level V suspended after three (3) months for two (2) years at Level III for Assault Second Degree; five (5) years at Level V suspended after six (6) months for one (1) year at Level III for Deprivation of Civil Rights; one (1) year at Level V suspended after three (3) months for one (1) year at Level III for Assault Third; one (1) year at Level V suspended for one (1) year at Level III for Assault Third; one (1) year at Level V suspended for one (1) year at Level III for Official Misconduct; and one (1) year at Level V suspended for one (1) year at Level III for Official Misconduct.[4]

4. Under Superior Court Criminal Rule 35(b), "[t]he court may reduce a sentence of imprisonment on a motion made within 90 days after the sentence is imposed."[5] If the motion is filed later than 90 days after imposition of the sentence, the Court will only consider the motion "in extraordinary circumstances."[6] The Court may consider a sentence reduction motion "without presentation, hearing, or argument."[7]

5. Defendant's sentence was imposed on October 15, 2024, and Defendant filed the instant Motion on January 13, 2025. Therefore, Defendant complies with the 90-day filing period required by Rule 35(b).

---

[4] *Id.*
[5] Super. Ct. Crim. R. 35(b).
[6] *Id.*
[7] *Id.*

6. After careful review of Defendant's Motion, the entire record of the case, and all sentencing information provided, Defendant's Post-Traumatic Stress Disorder when juxtaposed to the aggravating factors does not warrant a sentence reduction.

**IT IS SO ORDERED** that your motion for reduction or modification of sentence is **DENIED**.

_/s/ Francis J. Jones, Jr._
Francis J. Jones, Jr., Judge

cc: Original to Prothonotary
John S. Malik, Esquire
Daniel McBride, Deputy Attorney General